# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

---

UNITED STATES OF AMERICA                  CRIMINAL ACTION NO. 10-198-01

VERSUS                                    JUDGE ELIZABETH ERNY FOOTE

LINDA C BUNCH                             MAGISTRATE JUDGE KAREN HAYES

---

## JUDGMENT

The Report and Recommendation [Record Document 98] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Linda C. Bunch, and adjudges her **GUILTY** of the offense charged in Count One of the Indictment against her. The District Court also accepts Defendant's agreement to forfeit and abandon any interest she may have in the real property referenced in paragraph C(2) of the Indictment's forfeiture allegation. Finally, the District Court accepts Defendant's agreement to remit to the Clerk of Court, at or before sentencing, the sum of $100,000.00 toward the $200,000.00 forfeiture money judgment.

**THUS DONE AND SIGNED** in chambers on this 29th day of December, 2011.


_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE